■ In the Matter of the Claim of GORDON WINE, Appellant. COMMISSIONER OF LABOR, Respondent. [719 NYS2d 620] —Appeal from a decision of the Unemployment Insurance Appeal Board,

filed January 20, 2000, which ruled that claimant was disqual-
ified from receiving unemployment insurance benefits because
his employment was terminated due to misconduct.

Claimant, who was hired in September 1998 as a math
teacher in a religious school, was discharged in January 1999
based upon several incidents of physical contact with students.
The Unemployment Insurance Appeal Board ruled that claim-
ant was disqualified from receiving unemployment insurance
benefits because he lost his employment due to misconduct. We
affirm. The testimony of the school's principal regarding
petitioner's inability to control his classroom and the testimony
of two students regarding claimant's use of physical force
provide substantial evidence to support the Board's decision
(*see, Matter of Dworkis [Sweeney]*, 235 AD2d 896). The absence
of contemporaneous written documentation regarding the
incidents and petitioner's testimony, to the extent that it
contradicted that of the other witnesses, created a question of
credibility for resolution by the Board (*see, id.*).

Cardona, P. J., Mercure, Mugglin, Rose and Lahtinen, JJ.,
concur. Ordered that the decision is affirmed, without costs.